MELINDA HAAG (CASBN 132612)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MICHAEL H. LAMPHIER (AZBN 21535)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-4537

Attorneys for Plaintiff

FILED
FEB 17 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.:  10-00183 HRL |
| Plaintiff, | MOTION TO DISMISS |
| vs. | |
| GEORGE K. POOL, | |
| Defendant. | |

1. The United States moves that Count One of the Information filed on March 15, 2010, against the above named defendant, be dismissed.

2. The United States makes this motion in the interests of Justice.

                                JOSEPH P. RUSSONIELLO
                                United States Attorney


                                /S/
                                MICHAEL H. LAMPHIER
                                Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: __2/17/2011__

_____
HOWARD R. LLOYD
United States Magistrate Judge